**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

JOSE DANIEL AMAYA IZAGUIRRE

Petitioner,

v.

BRIAN ACUNA, et al.

Respondents.

Case No. 3:26-cv-02340

JUDGE ROBERT R. SUMMERHAYS

MAGISTRATE JUDGE DAVID J. AYO

# ORDER

IT IS ORDERED THAT the petition for habeas corpus is hereby dismissed without prejudice in the above-described action.

SO ORDERED on this, the 7th day of October, 2026.

ROBERT R. SUMMERHAYS
U.S. DISTRICT COURT JUDGE